■ The People of the State of New York, Respondent, v Dequana M. White, Appellant. (Appeal No. 2.) [916 NYS2d 549]— Appeal from a judgment of the Niagara County Court (Mark A. Violante, A.J.), rendered January 21, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Scudder, P.J., Smith, Lindley, Green and Martoche, JJ.